ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　　　Petitioners,<br><br>　　v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,**<br><br>　　　　　　　　　　　　Respondents. | No. 21-1014<br>and consolidated cases |

## NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given that Sparsh S. Khandeshi withdraws his appearance as counsel for Petitioner State of California in the above-captioned case. The State of California will continue to be represented by David A. Zonana.

Date:  July 22, 2022

　　　　　　　　　　　　　　　　　　　FOR THE STATE OF CALIFORNIA

　　　　　　　　　　　　　　　　　　　ROB BONTA
　　　　　　　　　　　　　　　　　　　Attorney General of California


　　　　　　　　　　　　　　　　　　　/s/ *David A. Zonana*
　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General
　　　　　　　　　　　　　　　　　　　California Department of Justice
　　　　　　　　　　　　　　　　　　　1515 Clay Street, Ste. 2000
　　　　　　　　　　　　　　　　　　　Oakland, CA 94612
　　　　　　　　　　　　　　　　　　　Tel.: 510-879-1248
　　　　　　　　　　　　　　　　　　　E-mail: David.Zonana@doj.ca.gov

　　　　　　　　　　　　　　　　　　　*Attorneys for Petitioner State of California*

## CERTIFICATE OF SERVICE

I certify that on July 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

<u>/s/ *David A. Zonana*</u>