# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1014**                                **September Term, 2023**

EPA-85FR82684

Filed On: January 18, 2024 [2036077]

State of California, et al.,

       Petitioners

       v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

       Respondents

------------------------------

American Chemistry Council, et al.,
                              Intervenors
------------------------------

Consolidated with 21-1027, 21-1054

## O R D E R

      Upon consideration of the motion to continue to hold cases in abeyance, and the response thereto, it is

      **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by January 30, 2024.

                                                             **FOR THE COURT:**
                                                             Mark J. Langer, Clerk

                                    BY:    /s/
                                                              Catherine J. Lavender
                                                              Deputy Clerk