# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 21-1014                      September Term, 2023

EPA-85FR82684

Filed On: February 12, 2024 [2039894]

State of California, et al.,

       Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

       Respondents

------------------------------

American Chemistry Council, et al.,
                Intervenors
------------------------------

Consolidated with 21-1027, 21-1054

## **O R D E R**

Upon consideration of the corrected motion to extend abeyance and the response thereto, it is

**ORDERED** that the parties file motions to govern future proceedings in these consolidated cases by February 26, 2024.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                       BY:    /s/
                                    Catherine J. Lavender
                                    Deputy Clerk