# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 21-1014**                                               **September Term, 2023**

EPA-85FR82684

Filed On: May 30, 2024 [2057116]

State of California, et al.,

        Petitioners

       v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

        Respondents

------------------------------

American Chemistry Council, et al.,
        Intervenors

------------------------------

Consolidated with 21-1027, 21-1054

## O R D E R

Upon consideration of the unopposed motion for extension of abeyance, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days of this court's disposition of No. 24-1050, et al., <u>Commonwealth of Kentucky v. EPA</u>.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:    /s/
                               Catherine J. Lavender
                               Deputy Clerk